# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-cv-00594-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JUDSON E. WALKER, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed its Complaint on December 7, 2015. (Doc. No. 1). Defendant was served in person on February 19, 2016. (Doc. Nos. 3, 4). On March 18, 2016, Defendant filed a Motion for Extension of Time to Answer. (Doc. No. 5). Defendant's Motion was granted, and he was given until May 10, 2016, to file his Answer. (Doc. No. 6). However, Defendant failed to file his Answer or otherwise defend this suit, and the time for doing so has expired.

Plaintiff has not filed a motion for entry of default. See Fed. R. Civ. P. 55(a). It is Plaintiff's burden to move this case forward, and Plaintiff will be required to take appropriate action within fourteen (14) days.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a Motion for Entry of Default within **fourteen (14) days**. **FAILURE TO FILE SUCH A MOTION WITHIN FOURTEEN (14) DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT.**

Signed: July 13, 2016

Robert J. Conrad, Jr.
United States District Judge